UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re: Christopher Mark Harris     CASE NO: 18-16305

    Debtor(s)     CHAPTER 7

    JUDGE Jessica Price Smith

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

1. Amend Schedule D to add Subrogation Lien of Ohio Bureau of Workers Compensation.
2. Amend Schedule E/F to add Mercy Occupational Health
3. Amend Summary of Assets and Liabilities.

Respectfully submitted,

BALENA LAW FIRM LLC

/s/ William J. Balena

_____
William J. Balena, MEMBER (0019641)
Attorney for Debtor(s)
30400 Detroit Road, Suite 106
Westlake, OH 44145
(440) 365-2000
(866) 936-6113- Fax
docket@ohbksource.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In Re:  Christopher Mark Harris                CASE NO: 18-16305

    Debtor(s)                CHAPTER 7

                                JUDGE Jessica Price Smith

## CERTIFICATION

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date in the manner stated to any and all entities affected by the amendment as follow:

Via ECF:

Kari Coniglio Ch. 7 Trustee
(via-ecf at kbconiglio@vorys.com)

William J. Balena on behalf of debtor
(via-ecf at docket@ohbksource.com)

Via Regular Mail:

Bureau of Workers Compensation
30 West Spring Street
Columbus, OH 43215

Mercy Occupational Health
1800 Livingston Ave B
Lorain, OH 44052

Christopher Harris
4207 Pueblo Drive
Lorain, OH 44053


Date:  January 24, 2019                              Respectfully submitted,

                                                     BALENA LAW FIRM LLC

                                                     /s/ William J. Balena

                                                     _____
                                                     William J. Balena, MEMBER (0019641)
                                                     Attorney for Debtor(s)

**Fill in this information to identify your case:**

Debtor 1: Christopher Mark Harris (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): _____ (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Northern District of Ohio

Case number: _____ (If known)

☑ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................. $38,005.00
   1b. Copy line 62, Total personal property, from *Schedule A/B* ............................... $8,655.67
   1c. Copy line 63, Total of all property on *Schedule A/B* ........................................ $46,660.67

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $86,831.55

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................. $0.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ....................... + $89,172.00

   **Your total liabilities** $176,003.55

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ............................................. $3,406.41

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* .................................................... $3,350.47

Debtor 1 **Christopher Mark Harris**
<sub>First Name       Middle Name       Last Name</sub>

Case number (*if known*)_____

| Part 4: | Answer These Questions for Administrative and Statistical Records |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____2,421.93_____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $_____0.00_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____0.00_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____0.00_____ |
| 9d. Student loans. (Copy line 6f.) | $_____0.00_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____0.00_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____0.00_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____0.00_____ |

**Fill in this information to identify your case:**

Debtor 1: Christopher Mark Harris
First Name | Middle Name | Last Name

Debtor 2: _____
(Spouse, if filing) First Name | Middle Name | Last Name

United States Bankruptcy Court for the: Northern District of Ohio

Case number _____
(If known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt  4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household goods - Furniture & household goods  Line from *Schedule A/B*: 6 | $1,400.00 | ☑ $1,400.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) |
| Brief description: Electronics - TV & Cell phone  Line from *Schedule A/B*: 7 | $350.00 | ☑ $350.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) |
| Brief description: Clothing - Used clothing  Line from *Schedule A/B*: 11 | $100.00 | ☑ $100.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☐ No
     - ☐ Yes

Debtor  Christopher Mark Harris    Case number *(if known)*_____
  First Name  Middle Name  Last Name

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Fifth Third Bank (1409) (Payroll directly deposited) (Checking) <br> Line from *Schedule A/B*: 17.1 | $ 5.67 | ☑ $ 5.67 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 2329.66(A)(3) |
| Brief description: Police & Fire Pension <br> Line from *Schedule A/B*: 21 | $ Unknown | ☑ $ 0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 742.47 |
| Brief description: Pending Workers Comp Claim (owed to debtor) <br> Line from *Schedule A/B*: 34 | $ Unknown | ☑ $ 0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 4123.67 |
| Brief description: Accident Claim (likely to settle for $14,000; subject to Workers Comp Subrogation lien of $9176.00 (owed to debtor) <br> Line from *Schedule A/B*: 34 | $ Unknown | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 2329.66(A)(12)(c) |
| Brief description: <br> Line from *Schedule A/B*: | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from *Schedule A/B*: | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from *Schedule A/B*: | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from *Schedule A/B*: | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from *Schedule A/B*: | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from *Schedule A/B*: | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from *Schedule A/B*: | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1: Christopher Mark Harris (First Name / Middle Name / Last Name)

Debtor 2: _____ (Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Northern District of Ohio

Case number (If known): _____

☑ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1** Bureau of Workers Compensation
Creditor's Name
30 West Spring Street
Number    Street

Columbus    OH    43215
City    State    ZIP Code

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt
Date debt was incurred _____

Describe the property that secures the claim: $9,176.00 | $0.00 | $9,176.00

Accident Claim (likely to settle for $14,000; subject to Workers Comp Subrogation lien of $9176.00 (owed to debtor) - $0.00 Subrogation Lien

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

**2.2** Credit Acceptance
Creditor's Name
25505 West Twelve Mile Road
Number    Street
#300

Southfield    MI    48034
City    State    ZIP Code

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt
Date debt was incurred 8/14/2018

Describe the property that secures the claim: $12,655.55 | $6,800.00 | $5,855.55

2013 Chrysler Sedan 200 - $6,800.00

of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

**Add the dollar value of your entries in Column A on this page. Write that number here:** $21,831.55

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

Debtor 1 **Christopher Mark Harris**
          First Name    Middle Name    Last Name

Case number (*if known*) _____

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.3** Ditech Financial LLC
Creditor's Name
345 St Peters St, #600
Number   Street

Saint Paul   MN   55102
City   State   ZIP Code

**Describe the property that secures the claim:**
412 Erie Road, Vermilion, OH 44089 - $76,010.00

$ 65,000.00    $ 76,010.00    $ 0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien**. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  4/05/2005

**Last 4 digits of account number**

---

Creditor's Name
_____
Number   Street
_____
City   State   ZIP Code

**Describe the property that secures the claim:** $_____ $_____ $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien**. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

**Last 4 digits of account number**

---

Creditor's Name
_____
Number   Street
_____
City   State   ZIP Code

**Describe the property that secures the claim:** $_____ $_____ $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien**. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

**Last 4 digits of account number**

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 65,000.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    $ 86,831.55

**Fill in this information to identify your case:**

Debtor 1: Christopher Mark Harris
    First Name     Middle Name     Last Name

Debtor 2: _____
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: Northern District of Ohio

Case number _____
(If known)

☑ Check if this is an amended filing

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**
Priority Creditor's Name: _____
Number Street: _____
City State ZIP Code: _____

Last 4 digits of account number _____
When was the debt incurred? _____

$_____  $_____  $_____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2**
Priority Creditor's Name: _____
Number Street: _____
City State ZIP Code: _____

Last 4 digits of account number _____
When was the debt incurred? _____

$_____  $_____  $_____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Is the claim subject to offset?**
☐ No
☐ Yes

AMENDED

Debtor 1  Christopher Mark Harris
         First Name   Middle Name   Last Name

Case number (*if known*)_____

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

### 4.1 Advance America Corp. Office
Nonpriority Creditor's Name
135 North Church Street
Number   Street

Spartanburg   SC   29306
City           State  ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number
When was the debt incurred?  2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Payday Loan

**Total claim** $1,000.00

### 4.2 Avant
Nonpriority Creditor's Name
Edit 222 N LaSalle St
Number   Street
#1700
Chicago   IL   60601
City       State  ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number
When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Monies Loaned / Advanced

$8,987.00

### 4.3 Firelands Community Hospital
Nonpriority Creditor's Name
1101 Decatur Street
Number   Street

Sandusky   OH   44870
City        State  ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  CVF9400081
When was the debt incurred?  4/1994

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Medical Services

$1,764.00

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 2 of 8

18-16305-jps   Doc 21   FILED 01/24/19   ENTERED 01/24/19 13:07:53   Page 11 of 18

Debtor 1    Christopher Mark Harris      Case number (*if known*) _____
First Name   Middle Name   Last Name

### Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.4** Ford Motor Credit
Nonpriority Creditor's Name
P.O. Box 542000
Number   Street

Omaha    NE    68154
City   State   ZIP Code

Last 4 digits of account number 5381
When was the debt incurred? 8/2016

$41,890.00

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Auto Loan Deficiency

---

**4.5** Ford Motor Credit Company
Nonpriority Creditor's Name
P.O. Box 542000
Number   Street

Omaha    NE    68154
City   State   ZIP Code

Last 4 digits of account number 5128
When was the debt incurred? 1/2015

$10,796.00

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Auto Lease Deficiency

---

**4.6** Ford Services/Citi
Nonpriority Creditor's Name
P.O. Box 6497
Number   Street

Sioux Falls    SD    57117
City   State   ZIP Code

Last 4 digits of account number 0958
When was the debt incurred? 1/2015

$866.00

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card Debt

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

### 4.7 Green Sky
Nonpriority Creditor's Name
P.O. Box 29429
Number  Street

Atlanta, GA 30359
City  State  ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ____
When was the debt incurred? 2/27/2015

$ 3,873.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Monies Loaned / Advanced

### 4.8 Mercy Occupational Health
Nonpriority Creditor's Name
1800 Livingston Ave B
Number  Street

Lorain, OH 44052
City  State  ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ____
When was the debt incurred? 2017

$ 2,820.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Medical Services

### 4.9 Northcoast Orthopedic
Nonpriority Creditor's Name
15900 Snow Rd # 400,
Number  Street

Brookpark, OH 44142
City  State  ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ____
When was the debt incurred? 2015

$ 295.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Medical Services

Debtor 1  Christopher Mark Harris
_First Name   Middle Name   Last Name_

Case number (*if known*)_____

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.10**  One Maine
Nonpriority Creditor's Name
P.O. Box 1010
_Number   Street_

Evansville    IN    47706
_City         State ZIP Code_

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **3808**
When was the debt incurred?  **11/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Monies Loaned / Advanced

Total claim: $15,022.00

---

**4.11**  Sandusky Anesthesiologist
Nonpriority Creditor's Name
703 Tyler Street
_Number   Street_

Sandusky    OH    44870
_City         State ZIP Code_

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **CVF9800002**
When was the debt incurred?  **1998**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Medical Services

Total claim: $489.00

---

**4.12**  VCSO Ohio Ohio, Inc.
Nonpriority Creditor's Name
4490 Liberty Avenue
_Number   Street_

Vermilion    OH    44089
_City         State ZIP Code_

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **5270**
When was the debt incurred?  **4/12/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Monies Loaned / Advanced

Total claim: $1,276.00

---

**Part 2:** List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

**4.13** William Mirando MD
Nonpriority Creditor's Name
201 N Leavitt Rd
Number    Street

Amherst     OH    44001
City        State  ZIP Code

Last 4 digits of account number  255
When was the debt incurred?  2014

$ 94.00

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

---

Nonpriority Creditor's Name
_____
Number    Street
_____
City        State  ZIP Code

Last 4 digits of account number  ____
When was the debt incurred?  ____

$ ____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

Nonpriority Creditor's Name
_____
Number    Street
_____
City        State  ZIP Code

Last 4 digits of account number  ____
When was the debt incurred?  ____

$ ____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Debtor 1  Christopher Mark Harris    Case number (if known) _____
         First Name  Middle Name  Last Name

AMENDED

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| **FFCC** <br> Name <br> 24700 Chagrin Blvd <br> Number    Street <br><br> Beachwood    OH    44122 <br> City         State  ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?** <br> Line  4.13  of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims <br>                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> **Last 4 digits of account number** |
| **Fidelity Collection** <br> Name <br> 855 South Sawburg Ave, #103 <br> Number    Street <br><br> Alliance     OH    44601 <br> City         State  ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?** <br> Line  4.9  of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims <br>                            ☑ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> **Last 4 digits of account number** |
| **Vermilion Municipal Court** <br> Name <br> 687 Decatur Street <br> Number    Street <br><br> Vermilion    OH    44089 <br> City         State  ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?** <br> Line  4.11  of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims <br>                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> **Last 4 digits of account number** |
| **Vermilion Municipal Court** <br> Name <br> 687 Decatur Street <br> Number    Street <br><br> Vermilion    OH    44089 <br> City         State  ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?** <br> Line  4.3  of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims <br>                            ☑ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> **Last 4 digits of account number** |
| Name <br><br> Number    Street <br><br> City         State  ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?** <br> Line  _____  of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims <br>                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> **Last 4 digits of account number** |
| Name <br><br> Number    Street <br><br> City         State  ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?** <br> Line  _____  of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims <br>                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> **Last 4 digits of account number** |
| Name <br><br> Number    Street <br><br> City         State  ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?** <br> Line  _____  of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims <br>                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> **Last 4 digits of account number** |

Debtor 1    Christopher Mark Harris            Case number *(if known)*_____
        First Name    Middle Name    Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
Add the amounts for each type of unsecured claim.

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 89,172.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 89,172.00 |

**Fill in this information to identify your case:**

Debtor 1: Christopher Mark Harris
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Northern District of Ohio

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Christopher Mark Harris    ✗ _____
Signature of Debtor 1              Signature of Debtor 2

Date 01/22/2019                    Date _____
MM / DD / YYYY                     MM / DD / YYYY